4, 1910.) In the matter of the application of Joseph F. Rutherford for admission to the bar. No opinion. Application granted.

SAULSON, Appellant, v. DOVER WHITE MARBLE CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Philip J. Saulson against the Dover White Marble Company and others. I. M. Wormser, for appellant. J. T. Easton and E. Treadwell, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

SCHENCK, Appellant, v. SCHENCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Frances E. Schenck against Eugene H. Schenck.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff proved facts sufficient to establish a cause of action.

McLENNAN, P. J., and ROBSON, J., dissent.

SCHEPPERLE, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Fred C. Schepperle against Patrick Monahan. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHLEGEL et al., Respondents, v. ROMAN CATHOLIC CHURCH OF THE MOST HOLY TRINITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 127 App. Div. 929, 111 N. Y. Supp. 1143; 132 App. Div. 903, 116 N. Y. Supp. 1147.

SCHULTZ, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Action No. 2.) (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mike Schultz against the Barber Asphalt Paving Company.

PER CURIAM. Order of the County Court of Queens County reversed, with $10 costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of Regan v. Milliken Bros., 123 App. Div. 72, 107 N. Y. Supp. 722. See, also, 127 App. Div. 305, 111 N. Y. Supp. 281.

WOODWARD and THOMAS, JJ., dissent.

SCHULTZ, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Action No. 3.) (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mike Schultz against the Barber Asphalt Paving Company.

PER CURIAM. Order of the County Court of Queens County reversed, with $10 costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of Regan v. Milliken Bros., 123 App. Div. 72, 107 N. Y. Supp. 722. See, also, 127 App. Div. 305, 111 N. Y. Supp. 281.

WOODWARD and THOMAS, JJ., dissent.

SCHULTZE, Respondent, v. HURTLINGER, Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Walter Schultze against Oscar Hurtlinger. P. C. Schnitzler, for appellant. A. Knauth, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCHWARTZ v. KAYSER. (Supreme Court, Appellate Division. First Department. March 11, 1910.) Action by Marie E. Schwartz against Henry Kayser. No opinion. Motion granted, with $10 costs. Order filed.

SCHWARTZ, Respondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Charles Schwartz against the Onward Construction Company. F. V. Johnson, for appellant. J. Deyo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 588, 115 N. Y. Supp. 380.

SCOFIELD, Respondent, v. WIERK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles E. Scofield against John M. Wierk. No opinion. Judgment of the Municipal Court affirmed, with costs.

SEAMAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Richard F. B. Seaman against Fitzhugh Smith. No opinion. Judgment unanimously affirmed, with costs. See, also, 120 N. Y. Supp. 1145.

SEARLE, Respondent, v. HALSTEAD & Co., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Clifford N. Searle against Halstead & Co. W. H. Wadhams, for appellant. P. B. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 930, 117 N. Y. Supp. 1147; 133 App. Div. 899, 118 N. Y. Supp. 1141.

SECHLER, Respondent, v. NUDD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action

by Laura J. Sechler, individually, etc., against Emma Nudd and others. W. J. McAllister, for appellants. J. W. Osborne, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SERVOSS, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Earl V. Servoss against the City of Amsterdam. No opinion. Judgment (64 Misc. Rep. 667, 120 N. Y. Supp. 280) affirmed, with costs.

SHEPPARD, Appellant v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Erle R. Sheppard against Ralph Dreyfus.

PER CURIAM. Order modified as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

SKLAR, Appellant, v. HOROWITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Harris Sklar against Harris Horowitz and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, without prejudice to a new application to said court for leave to sue upon the bond and guaranty, upon notice to the parties interested.

SMITH, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Samuel R. Smith against Frank E. Anderson. J. P. Sheffield, for appellant. E. D. Hawkins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 118 App. Div. 911, 103 N. Y. Supp. 1142; 119 App. Div. 886, 104 N. Y. Supp. 1147; 124 App. Div. 938, 109 N. Y. Supp. 1146; 126 App. Div. 24, 110 N. Y. Supp. 191.

SMITH v. ARNHEITER et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Philip S. Smith against Emma Arnheiter and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

SMITH, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Jennie E. Smith against the Ulster & Delaware Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the amount of her verdict to the sum of $2,000, and, if such stipulation is filed, judgment and order affirmed, without costs.

KELLOGG, J., votes for reversal.

SOUTH BROOKLYN SAVINGS INST. v. PACHMAN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the South Brooklyn Savings Institution against Henry Pachman and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

SPEAIGHT, Respondent, v. GEERING, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George W. Speaight against Alfred Geering. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SPENSER. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Armand Spenser, an attorney. No opinion. Reference ordered. Settle order on notice.

SPIEGLER et al., Appellants, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Nathan Spiegler and George Biales, copartners, etc., against William M. Young. No opinion. Order of the Municipal Court affirmed, with costs.

STANDARD FASHION CO., Appellant, v. BUSSENDORFFER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Standard Fashion Company against Nicholas Bussendorffer. J. B. Sheehan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEARNS, Respondent, v. KENT, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by John N. Stearns against George Edward Kent. No opinion. Judgment and order unanimously affirmed, with costs.

STEIN, Respondent, v. BROOKLYN ASH CAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Samuel Stein against the Brooklyn Ash Can Manufacturing Company.

PER CURIAM. Judgment of the Municipal Court reversed, and the complaint dismissed, with costs, upon the ground that the evidence conclusively establishes that the contract was with Solomon Redlich personally, and not with the defendant. See Spencer v. Huntington, 100 App. Div. 463, 91 N. Y. Supp. 561, affirmed on opinion below 183 N. Y. 506, 76 N. E. 1109.

STEIN, Respondent, v. GRAND ICE CREAM CO., Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Benjamin Stein, as administrator, against the Grand Ice Cream Company. E. C. Sherwood, for appellant. J. C.